**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR273 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHET LEE WEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the telephonic motion of defendant Chet Lee West, pro se, for a continuance of his initial appearance now scheduled for August 16, 2013. Government's counsel had no objection. The motion is granted and defendant shall appear in Courtroom No. 7, Second Floor, 111 South 18th Plaza, Omaha, Nebraska, on September 23, 2013, at 1:30 p.m.

Further, the court has received a letter from the defendant suggesting the dismissal of the charges. His request is denied, without prejudice.

The defendant shall cooperate with the office of Pretrial Services in the preparation of the Pretrial Services Report prior to his arrival in the District of Nebraska on September 23, 2013.

**IT IS SO ORDERED.**

DATED this 8th day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge