IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 8:13CR273 |
| vs. | ) ) ) | ORDER |
| CHET LEE WEST, | ) ) | |
| Defendant. | ) ) | |

This matter is before the court on the motion to continue the pretrial motion deadline by defendant Chet Lee West (West) (Filing No. 28). West requests additional time in which to file pretrial motions in accordance with the progression order (Filing No. 18). Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant West's motion for an extension of time (Filing No. 28) is granted. West is given until **on or before October 31, 2013,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., **the time between October 4, 2013, and October 31, 2013**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 4th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge