IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR273 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHET LEE WEST, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Chet Lee West (West) to continue the pretrial motion deadline (Filing No. 32). West seeks an extension of one hundred and eighty (180) days. The court has previously granted an extension of the pretrial motion deadline (Filing No. 30). While West is proceeding pro se in this matter and additional time may be needed to sift through the discovery and draft pretrial motions, an extension of one hundred and eighty (180) days is excessive. The court will grant an extension of ninety (90) days with the caveat that no further extensions of the pretrial motion deadline will be granted absent a showing by affidavit that a denial of such a request would amount to a manifest injustice.

**IT IS ORDERED:**

1.  West's motion for an extension of the pretrial motion deadline (Filing No. 32) is granted to the extent West shall have **to on or before January 31, 2014**, in which to file pretrial motions.

2.  The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the **time between October 28, 2013, and January 31, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant requires additional time to adequately prepare the case, taking into consideration due diligence of the parties, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this day of 28th day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge