IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHET LEE WEST<br><br>                    Defendant. | 8:13CR273<br><br><br>**ORDER** |

      This matter is before the court on the Defendant Chad Lee West's (West) motion to extend pretrial motion deadline (Filing 34). The court has previously extended the pretrial motion at West's request to October 31, 2013 (Filing No. 30) and to January 31, 2014 (Filing No. 33). West seeks additional time to review the 3,300 pages apparently provided him in discovery and to require the IRS to file an affidavit showing West is subject to the Internal Revenue Code. There is nothing new in West's request not previously submitted. His motion will be denied.

**IT IS ORDERED:**

 1. West's motion to extend the pretrial motion deadline (Filing No. 34) is denied.

 **IT IS FURTHER ORDERED:**

     1. The above-entitled case is scheduled for a jury trial before the Honorable Richard G. Kopf, Senior United States District Judge, to begin Monday, March 24, 2014, at 9:00 a.m. in Courtroom 1, Fourth Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska; because this is a criminal case, defendant must be present in person. The parties will receive more specific information regarding the order of trial from Judge Kopf"s staff.

     2. Any motions for a continuance of this trial date shall be electronically filed on or before March 14, 2014, and shall (a) set forth the reasons why the moving party believes that the additional time should be allowed and (b) justify the additional time, citing specific references to the appropriate section(s) of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Any defense motion for continuance shall be accompanied by a written affidavit signed by the defendant in accordance with NECrimR 12.1.

     3. Counsel for the United States shall confer with defendant and, no later than March 17, 2014, advise the court of the anticipated length of trial.

**ADMONITION**

 Pursuant to NECrimR 59.2 any objection to this Order shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Order. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall
 be filed at the time of filing such objection. Failure to file a brief in support of any objection

2

may be deemed an abandonment of the objection

 DATED  January 31, 2014.

                              BY THE COURT:

                              s/ Thomas D. Thalken
                              United States Magistrate Judge