IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13CR273 |
| vs. | |
| CHET LEE WEST, | FINDINGS AND RECOMMENDATION |
| Defendant. | |

This matter is before the court on the motion of defendant Chet Lee West (West) captioned as a "Motion to vacate for lack of Constitutional prescriptions" (Filing No. 36). In its conclusion, the Motion seeks to:

1. Vacate the decision to accept this case, thereby casting it forth as the corrupted, putrefied miscarriage it is;
2. Order all record of the charges named in the indictment removed from public access;
3. Order the IRS to remove any and all Notice of Federal Tax Liens concerning Chet L. West and/or Valerie B. West, in whatever jurisdiction they may be found; and
4. Order the Treasury of the United States to pay to Chet Lee West five million dollars ($5,000,000.00).

West's motion is nothing but a rambling palaver of legal gibberish and gobbledygook unsupported by any modern federal legal procedure or precedent. To the extent the motion can be considered as a motion to dismiss, I will recommend the motion be denied. This case remains set for trial before Senior Judge Kopf and a jury in Omaha, Nebraska, on March 24, 2014.

**IT IS RECOMMENDED TO SENIOR JUDGE RICHARD G. KOPF that:**

West's motion (Filing No. 36) be denied.

**ADMONITION**

Pursuant to NECrimR 59.2 any objection to this Findings and Recommendation shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Findings and Recommendation. Failure to timely object may constitute a waiver of any such objection. The brief in support of any objection shall be filed at the time of filing such objection. Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 6th day of February, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge