IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR273 |
| V. | ) | |
| CHET LEE WEST, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue trial (filing 50) is granted.

(2)   Trial of this case is continued to July 28, 2014, at 9:00 a.m., before Senior United States District Judge Richard G. Kopf, in the Special Proceedings Courtroom, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

(4)   The undersigned's conference call with the parties set on March 18, 2014 is cancelled.

(5)   The defendant's motion for more definitive statement (filing 49) is denied.

March 11, 2014.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  Senior United States District Judge