# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR273 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| CHET LEE WEST, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant Chet Lee West's pro se Motion To Dismiss for lack of due process (Filing No. 72). The Court has carefully considered the 38-page Motion, in which West asserts that the Court lacks jurisdiction in this criminal proceeding. The Motion will be denied, without prejudice to the Defendant presenting his arguments, jurisdictional and otherwise, at the time of trial.

IT IS ORDERED that Defendant Chet Lee West's pro se Motion To Dismiss for lack of due process (Filing No. 72) is denied.

DATED this 3rd day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge