IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:13CR273** |
| vs. | |
| **CHET LEE WEST,** | **ORDER** |
| Defendant. | |

This matter is before the court on the motion of defendant, Chet Lee West (West), for an extension of time (Filing No. 96). The defendant references a motion to stay (Filing No. 93) he filed as the basis for a ninety-day extension of the trial date. **See** Filing No. 96 - Motion. West also states he is preparing "several motions . . . for Discovery and other topics." *Id.* In light of the Findings and Recommendation (Filing No. 98) that West's motion for a stay be denied, the court denies West's current request for an extension. Furthermore, the court reminds West the deadline to file pretrial motions was January 31, 2014. **See** Filing Nos. 33 and 91. Upon consideration,

**IT IS ORDERED**:

The defendant's motion (Filing No. 96) is denied.

**ADMONITION**

Pursuant to NECrimR 59.2 any objection to this Order shall be filed with the Clerk of the Court within fourteen (14) days after being served with a copy of this Order. Failure to timely object may constitute a waiver of any such objection.  The brief in support of any objection shall be filed at the time of filing such objection.  Failure to file a brief in support of any objection may be deemed an abandonment of the objection.

Dated this 9th day of September, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge