IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR273 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| CHET LEE WEST, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Thomas D. Thalken (Filing No. 90) recommending that the motion to suppress filed by the Defendant Chet Lee West (Filing No. 87) be denied. The government filed a brief (Filing No. 88) as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 59.2(a). The Defendant did not file any objections nor did he respond to the government's brief. The Court has conducted a de novo review of the record and adopts the Findings and Recommendation.

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation (Filing No. 90) are adopted in their entirety; and

2. The Defendant's Motion to Suppress Evidence, Argument and Testimony by the Government (Filing No. 87) is denied, in accordance with the Findings and Recommendation.

DATED this 2nd day of October, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge