IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:13CR273 |
| vs. | ) | |
| | ) | ORDER |
| CHET LEE WEST, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue Trial [117] as the government's designated expert is testifying in two different trials. Good cause being shown, the motion shall be granted and the trial shall be continued. However, the court is not inclined to grant any further continuances in this case.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial previously set for February 10, 2015 is continued to **February 17, 2015.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 29, 2014.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED December 22, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**