IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR273 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| CHET LEE WEST, | ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the "Government's Amended Motion in Limine to Exclude Evidence or Argument by the Defendant" (Filing No. 64). The Court has also considered the Defendant's "Omnibus Response to Government's Motions in Limine to Exclude Evidence or Argument by the Defendant" (Filing No. 84).

IT IS ORDERED:

1. The Government's Amended Motion in Limine to Exclude Evidence or Argument by the Defendant (Filing No. 64) is granted, as follows:

    The Defendant Chet Lee West will not be permitted to present argument to the jury that purports to instruct the jury on the law, because such argument would invade the province of the Court. Specifically, the Defendant will not be permitted to argue, or seek to offer or elicit purported evidence, that (a) the laws of the United States including federal tax laws are unconstitutional, (b) he is not subject to the laws of the United States including federal tax laws, and/or (c) wages are not income under the Internal Revenue Code, subject to taxation;

2. The Amended Motion in Limine (Filing No. 64) is otherwise denied, without prejudice to the Plaintiff raising objections at the time of trial; and

3. The Government's Motion in Limine to Exclude Evidence or Argument by the Defendant (Filing No. 60) is denied as moot.

DATED this 9th day of February, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge