IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> vs.<br><br>CHET LEE WEST,<br><br>      Defendant. | 8:13CR273<br><br>ORDER APPOINTING STAND-BY COUNSEL |

  The defendant has been allowed to act as his own counsel and appear pro se in this matter. The court has previously appointed stand-by counsel. After a review of the record, I find that the above-named defendant is eligible for appointment of stand-by counsel prusuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

  **IT IS ORDERED** The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter as stand-by counsel.

  **IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

  **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to The Federal Public Defender for the District of Nebraska who, in turn, shall provide a copy to the defendant.

  Dated this 20th day of September, 2016

                BY THE COURT:

                s/ Laurie Smith Camp
                Chief United States District Judge